IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KRISTINA GARMAN,

    Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC.,

    Defendant.

                                      /

No. C 09-04570 JSW

**ORDER TO SHOW CAUSE**

This matter is set for a hearing on March 5, 2010 on the motion for leave to amend filed by plaintiff Kristina Garman ("Plaintiff"). Pursuant to Local Civil Rule of the Northern District 7-3, an opposition or statement of non-opposition to a motion was due to be filed and served by February 12, 2010. To date, defendant Diversified Collection Services, Inc. ("Defendant") has not filed an opposition or statement of non-opposition.

Defendant is HEREBY ORDERED TO SHOW CAUSE ("OSC") in writing, by February 19, 2010, why the pending motion for leave to amend should not be granted as unopposed in light of Defendant's failure to file a timely opposition or statement of non-opposition. If Defendant seek to file a substantive response to Plaintiff's motion, Defendant must demonstrate good cause for failing to file its opposition brief in a timely fashion. If Defendant fails to file a response to this Order to Show Cause on or before February 5, 2010, the Court shall deem the motion to remand to be unopposed and shall rule on it without

further notice to Defendant.

If Defendant seek to file a substantive response to Plaintiff's motion and demonstrates good cause for its delay, the Court will provide Plaintiff an opportunity to file a reply brief. The hearing on Plaintiff's motion remains set for March 5, 2010, unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: February 16, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE