UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

KRISTINA GARMAN,
    Plaintiff,

    v.

DIVERSIED COLLECTION SERVICES, INC., et al.,
    Defendants.
_____/

No. C 09-4570 JSW

**ORDER GRANTING REQUEST TO EXCUSE PLAINTIFF KRISTINA GARMAN FROM PERSONALLY ATTENDING THE MEDIATION SESSION**

Date:    April 15, 2010
Mediator:    Jonathan Schmidt

IT IS HEREBY ORDERED that the request for plaintiff Kristina Garman to be excused from personally attending the April 15, 2010 mediation session before Jonathan Schmidt is GRANTED. Ms. Garman shall be available to participate by telephone at all times during the mediation session in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

April 7, 2010    By:    *Elizabeth D. Laporte*
Dated                                 Elizabeth D. Laporte
                                         United States Magistrate Judge