UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| KRISTINA GARMAN, | CASE NO. 09-CV-04570-JSW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE: SUBSTITUTION OF ATTORNEY FOR DEFENDANT DIVERSIFIED COLLECTION SERVICES, INC. |
| v. | |
| DIVERSIFIED COLLECTION SERVICES, INC., | |
| Defendant. | |

Given that the party and the attorneys have consented, June D. Coleman, at Kronick Moskovitz Tiedemann & Girard, is substituted in as attorney of record for the Ellis Coleman Poirier LaVoie & Steinheimer law firm.

**IT IS SO ORDERED.**

Dated: May 12, 2010

*/s/ Jeffrey S. White*

PRESIDING JUDGE
UNITED STATES DISTRICT JUDGE